UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GEAUX LIVE DIGITAL, LLC | CIVIL ACTION |
| VERSUS | NUMBER 11-601-JJB-DLD |
| TAYLOR AND ROSS ENTERTAINMENT, LLC., ET AL | |

## ORDER

This matter is before the court on a referral from the district court on defendants' motion to compel depositions and for limited extension of discovery deadlines (rec. doc. 20), filed herein on June 28, 2012. Pursuant to Local Rule 7.4, any opposition to this motion was required to be filed within twenty-one (21) days after service. Plaintiff's response to the motion was due July 22, 2012, but as of July 26, 2012, the court has not received such response.

Defendants have filed the instant motion seeking to compel the personal deposition of Corey Webster, the only member of Geaux Live Digital, LLC, and the Rule 30(b)(6) corporate deposition of Geaux Live Digital, LLC. Defendants request fees and costs, and a limited 45-day extension of the July 17, 2012 discovery deadline, solely for the purpose of allowing defendants an opportunity to depose "any party identified by Corey Webster and/or the designated corporate representative...." (rec.doc. 20) While plaintiff failed to respond to the instant motion, the court has reviewed the correspondence between the parties relative to these depositions, and it appears that there was a miscommunication or misunderstanding regarding the deposition dates. Thus, the court will exercise its broad discretion in discovery matters and will decline to award fees and costs at this time.

However, as plaintiff initiated this suit, plaintiff is subject to deposition, including a Rule 30(b)(6) deposition, and the court will order both that both the Rule 30(b)(6) deposition and the personal deposition of Corey Webster, as the only member of Geaux, be scheduled to occur within thirty (30) days of the date of this order. Failure to comply with this order shall result in the recommendation of sanctions, including but not limited to, barring testimony by Geaux and/or Webster at trial, either live or by affidavit. The court also finds that there is good cause for a limited discovery extension of forty-five (45) days, which will run from the date of either the Rule (30)(b)(6) deposition of Geaux, or the personal deposition of Webster, whichever is later.

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. The corporate deposition of Geaux and the personal deposition of Webster shall be scheduled to occur no later than 30 days from the date of this order.

**IT IS FURTHER ORDERED** that the deadline for depositions shall be extended for an additional 45 days following the Rule (30)(b) deposition or Webster's deposition, whichever is later.

In all other respects, the motion is **DENIED**.

Signed in Baton Rouge, Louisiana, on July 26, 2012.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**