UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GEAUX LIVE DIGITAL, LLC

VERSUS

TAYLOR AND ROSS ENTERTAINMENT,
LLC, GENO TAYLOR, AND RICK ROSS

CIVIL ACTION

NO. 11-601-JJB-RLB

## JUDGMENT

For written reasons assigned:

**IT IS ORDERED** that there be judgment herein in favor of Geaux Live Digital, L.L.C. and against Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross, jointly and *in solido*, in the amount of (1) Two Hundred Thousand and 00/100 Dollars ($200,000.00); (2) a coupon interest at the rate of five percent (5%) of the loan amount, namely the sum of Ten Thousand and 00/100 Dollars ($10,000.00); (3) judicial interest on the sum of Two Hundred and Ten Thousand and 00/100 Dollars ($210,000.00) from April 29, 2011 until paid; and (4) attorneys' fees in the amount of ten percent (10%) of the principal and interest due on the Promissory Note executed on April 30, 2010 until paid in full.

**IT IS ORDERED** that there be judgment herein in favor of Geaux Live Digital, L.L.C. and against Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross, jointly and *in solido*, in the amount of (1) Two Hundred Thousand and 00/100 Dollars ($200,000.00); (2) a coupon interest at the rate of five percent (5%) of the loan amount, namely the sum of Ten Thousand and 00/100 Dollars ($10,000.00); (3) judicial interest on the sum of Two Hundred and Ten Thousand and 00/100 Dollars ($210,000.00) from April 29, 2011 until paid; and (4) attorneys' fees in the amount of ten percent (10%) of the principal and interest due on the Promissory Note executed on May 30, 2010 until paid in full.

**IT IS ORDERED** that there be judgment herein in favor of Geaux Live Digital, L.L.C. and against Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross, jointly and *in solido*, in the amount of (1) One Hundred Thousand and 00/100 Dollars ($100,000.00); (2) a coupon interest at the rate of five percent (5%) of the loan amount, namely the sum of Five Thousand and 00/100 Dollars ($5,000.00); (3) judicial interest on the sum of One Hundred and Five Thousand and 00/100 Dollars ($105,000.00) from April 29, 2011 until paid; and (4) attorneys' fees in the amount of ten percent (10%) of the principal and interest due on the undated promissory note until paid in full.

**IT IS ORDERED** that there be judgment herein in favor of Geaux Live Digital, L.L.C. and against Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross, jointly and *in solido*, in the amount of Seventy Five Thousand and 00/100 Dollars ($75,000.00) plus judicial interest from April 29, 2011 until paid for the administrative fee owed under the Loan Agreement executed on April 30, 2010.

**IT IS ORDERED** that there be judgment herein in favor of Geaux Live Digital, L.L.C. and against Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross recognizing Geaux Live Digital, L.L.C.'s special lien and privilege on the Collateral, which includes the Picture tentatively titled "Untitled Ricky Ross Story", the first draft of the screenplay written by Nick Cassvettes dated January 1, 2011, and the other collateral which is defined more fully in the Security Agreement executed by the parties on April 30, 2010, the UCC Financing Statement filed June 11, 2010, and the UCC Financing Statement Amendment filed on October 23, 2012.

**IT IS ORDERED** that Geaux Live Digital, L.L.C.'s security interest in and to the "Collateral" and "Picture" described herein above is hereby recognized and Geaux Live Digital,

L.L.C. is entitled to have the "Collateral" and "Picture" seized and sold to satisfy its claims by preference and priority over all other persons whomsoever and exercise all rights granted to it in the Loan Agreement, Security Agreement, Promissory Notes and as available under the laws of the State of Louisiana.

**IT IS FURTHER ORDERED** that Geaux Live Digital, L.L.C. is also granted the following additional remedies against Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross, which are defined in the Security Agreement executed by the parties on April 30, 2010 as follows:

   a. Allowing Geaux Live Digital, L.L.C. to collect or receive any money or property at any time payable or receivable on account of or in exchange for, or make any compromise or settlement deemed desirable with respect to the corporeal and incorporeal movable property granted to Geaux Live Digital, L.L.C. as security including the sums due from the documentary and literary rights of the collateral defined above;

   b. Granting Geaux Live Digital, L.L.C. possession of any or all of the corporeal and incorporeal movable property identified herein above, and given by Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross to secure their debt owed to Geaux Live Digital, L.L.C.;

   c. That Geaux Live Digital, L.L.C. is hereby granted the right to sell, at its discretion, any or all of the corporeal and incorporeal movable property given as collateral by Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross to satisfy this judgment;

   d. That pending sale of the property to satisfy this judgment, Geaux Live Digital, L.L.C.

be appointed receiver and placed in possession of the corporeal and incorporeal movable property granted to it by Taylor and Ross Entertainment, L.L.C., Eugene Taylor and Ricky Dornell Ross a/k/a Rick Ross as collateral for the indebtedness and entitled to exercise all such powers as is granted to Geaux Live in the Loan Agreement, Security Agreement, Promissory Notes, Personal Guarantee, and substantive laws of the State of Louisiana.

**IT IS ORDERED** that plaintiff Geaux Live Digital, LLC be awarded the taxable costs as provided by law.

**IT IS ORDERED** that any and all counterclaims filed by Taylor and Ross Entertainment, L.L.C., Eugene Taylor, and Ricky Dornell Ross a/k/a Rick Ross against Geaux Live Digital, L.L.C. are **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on March 26, 2014.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**